May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN PAYNE SMITH, Appellant

NO. 14-12-01046-CV                     V.

ELSA ISELA JACQUEZ-SMITH, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 28, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.